UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN WHEELER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-09075-VC <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> Re: Dkt. Nos. 20, 28 |

The uncontested motion to dismiss plaintiff H.W. and defendants Zane Wheeler and Merrika Mackay is granted.

**IT IS SO ORDERED.**

Dated: July 11, 2023

VINCE CHHABRIA
United States District Judge